UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ABEL MENESES ROMERO,

                    Plaintiff,

          v.

ALPHA PROPERTY AND CASUALTY
INSURANCE CO. (d/b/a Unitrin), a
foreign insurance company, and
F.G.M.P., INC. (d/b/a Mid-
Columbia Insurance Agency)

                    Defendants.

No. CV-12-5006-EFS

**ORDER GRANTING THE STIPULATED MOTION TO DISMISS AND CLOSING FILE**

     By stipulation filed April 24, 2012, the parties agree to dismiss this lawsuit with prejudice and without fees or costs to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, **IT IS HEREBY ORDERED:**

     1.   The Stipulated Motion to Dismiss, **ECF No. 14**, is **GRANTED**.

     2.   All pending motions are **DENIED as moot**.

     3.   All deadlines and hearings are **STRICKEN**.

     4.   This file shall be **CLOSED**.

     **IT IS SO ORDERED.**   The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

     **DATED** this ____25th____ day of April 2012.


                         s/ Edward F. Shea
                    _____
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2012\5006.stip.dism.lc1.frm


ORDER CLOSING FILE - 1